Diagnostics   Close Window   Preferences



**Bill To:**
TESORO
TESORO CORPORATION
300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX
78216-6999

**Ship To:**
TESORO
TESORO #30003
5740 LAKE OTIS PARKWAY
ANCHORAGE, AK
99507

**Remit To:**
Mountain View Marketing
Accounts Receivable: (801) 785-8801
215 North 1800 West
LINDON, UT 84042

Please include the invoice number on all remittances and include remittance copy with postal payments.

| | |
|---|---|
| Invoice | S98813-92281 |
| Billing Date | Shipping Date |
| 09-Aug-2007 | 09-Aug-2007 |
| Purchase Order Number | S98813 |
| Sales Order | 92281 |
| Shipping Reference | Ship Via |
| 0 | |
| Customer Number | Customer Location |
| 1002280 | 000 |

| Terms | Due Date | Salesperson | Customer Contact | Contact Phone | Contact Fax |
|---|---|---|---|---|---|
| NET 15 | 24-Aug-2007 | SMITH, STEVE | | | |

| Item Num | Description | Quantity Shipped | Tax | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | CIGARETTE CASE MYSTICAL SERIES | 6 | No | 1.85 | 11.10 |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |

**Special Instructions**

MVM 001392

SubTotal
Tax
Shipping
Total
Payments and Credits
Financial Charges
Outstanding balance as of 21-DEC-2007
in USD

Copyright 2000-2004 Oracle Corporation. All rights reserved.   Privacy Statement

http://hawkeye.pugsgear.com:8000/OA_HTML/RF.jsp?function_id=14736&resp_id=50457&res...   12/21/2007