UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NOVELTY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1229 SEB-JMS |
| ) | |
| MOUNTAIN VIEW MARKETING, INC., ) | |
| and MCLANE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION
FOR WRIT OF PROHIBITION OR SIMILAR ORDER
<u>BARRING NOVELTY'S PROPOSED STATE-COURT ACTION</u>**

The Court, having received Defendants' "Emergency Motion For Writ Of Prohibition Or Similar Order Barring Novelty's Proposed State-Court Action," being duly and fully advised in the premises and finding that Defendants' Motion should be GRANTED;

The Court hereby enters the following ORDER:

1. Novelty is barred from filing any action in any other court seeking any relief under the "Agreement To Withdraw Motion" in any forum other than the present District Court action.

2. Novelty shall address all requests to obtain unredacted invoices concerning Defendants' products not presently at issue in this lawsuit to this Court only, either in a motion to this Court or response to Defendants' Motion For Protective Order.

**SO ORDERED.**

DATED: _____

_____
Jane Magnus-Stinson
United States Magistrate Judge
Southern District of Indiana

Distribution:

Kevin M. Boyle
OVERHAUSER LAW OFFICES, LLC
kboyle@overhauser.com

Margaret M. Christensen
BINGHAM MCHALE LLP
mchristensen@binghammchale.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Eric E. Lamb
OVERHAUSEER LAW OFFICES, LLC
elamb@overhauser.com

Michael R. Limrick
BINGHAM MCHALE LLP
mlimrick@binghammchale.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com