EXHIBIT 5

INVOICE #103004500

Mountain View Marketing Inc.
215 North 1800 West
Lindon, UT 84042
1-800-208-0070
(801)796-2080

Bill To:
QUICK STUFF
9330 BALBOA AVE
ATT: INVENTORY DISBURSEMENT
SAN DIEGO CA 92123

Ship To:
#7739 QUICK STUFF
10982 GREENWELL SPRINGS ROAD
BATON ROUGE LA 70814

| Acct Number | Order Date | Terms | Sales Rep |
|---|---|---|---|
| 1001303 | 2007-12-17 | Net Due in 15 Days | 1030 |

| Qty | Product Ship Code | Product Description | Retail Price | Extended Retail | Unit Price | Extended Unit |
|---|---|---|---|---|---|---|
| 8 | 60870728066 | CIGARETTE CASE MYSTICAL SE | 2.99 | 23.92 | 1.85 | 14.80 |
| 12 | 60870738832 | SMILEY YO-YO | 1.99 | 23.88 | | |
| 9 | 60870737140 | DOLPHIN 5 IN 1 LASER POINT | 4.99 | 44.91 | | |
| 8 | 60870738831 | MY MINI GIRL | 3.99 | 31.92 | | |
| 2 | 60870746020 | CHOPPER CHAP | 1.49 | 2.98 | | |

Retail Extended Total: $ 127.61
Please pay this amount: $ 78.99

Sign: _Kyoua Up_ Date: __/__/__

Exhibit 206
Wit: ___
Jennifer A. Russell

CONFIDENTIAL - ATTORNEYS' EYES ONLY

PLAINTIFF'S EXHIBIT 30

MVM002345
MVM002345A

Exhibit 207
Wit: _____
Jennifer A. Russell

Page 1 of 3

INVOICE #76003436 REPRINT 2

| Qty | Item# | Description | Price | Ext |
|---|---|---|---|---|
| 1 | 60870710206 | PUGS PREMIUM #6 | 19.99 | 19.99 |
| 1 | 60870710207 | PUGS PREMIUM #7 | 19.99 | 19.99 |
| 1 | 60870710208 | PUGS PREMIUM #8 | 19.99 | 19.99 |
| 4 | 60870710103 | PUGS 8.99 CLIP-ON | 8.99 | 35.96 |
| 6 | 60870710033 | PUGS THICK LEASH | 2.99 | 17.94 |
| 6 | 60870710034 | PUGS THIN LEASH | 2.99 | 17.94 |
| 9 | 60870710037 | PUGS VISOR CLIP | 4.99 | 44.91 |
| 6 | 60870710022 | PUGS MICROFIBER BAG | 2.99 | 17.94 |
| 6 | 60870710002 | PUGS ACTION SPORTS GOGGLES | 11.99 | 71.94 |
| 5 | 60870737994 | PLAYING CARDS IN LEATHER C | 9.99 | 49.95 |
| 14 | 60870759405 | MINI LIGHT UP PEN | 2.99 | 41.86 |
| 10 | 60870737995 | CLIP LIGHT | 4.99 | 49.90 |
| 5 | 60870719052 | COOL GUY PLUSH | 5.99 | 29.95 |
| 14 | 60870738994 | WALKING MINI | 3.99 | 55.86 |
| 11 | 60870777061 | CAMO LED CAP LIGHT | 7.99 | 87.89 |
| 7 | 60870737097 | LIGHTED CAP | 9.99 | 69.93 |
| 14 | 60870738832 | SMILEY YO-YO | 1.99 | 27.86 |
| 6 | 60870716092 | HAND POKER | 6.99 | 41.94 |
| 10 | 60870759193 | HANDY PEN | 1.99 | 19.90 |
| 11 | 60870737140 | DOLPHIN 5 IN 1 LASER POINT | 4.99 | 54.89 |
| 7 | 60870737150 | CLASSY MULTI TOOL | 12.99 | 90.93 |
| 8 | 60870737095 | LED WHISTLE | 1.99 | 15.92 |
| 7 | 60870737148 | HANDY BAG | 7.99 | 55.93 |
| 6 | 60870737139 | CALCULATOR W/BUSINESS CARD | 3.99 | 23.94 |
| 10 | 60870738803 | SPIDER-MAN FLASHLIGHT | 3.99 | 39.90 |
| 8 | 60870738809 | MILITARY GEAR SET | 3.99 | 31.92 |
| 14 | 60870740096 | THRILL MY GRILL | 4.99 | 69.86 |
| 7 | 60870738997 | MAGIC SHOOT | 3.99 | 27.93 |
| 11 | 60870738831 | MY MINI GIRL | 3.99 | 43.89 |
| 12 | 60870741241 | CROSS BONES K/C | 3.99 | 47.88 |
| 11 | 60870759 | BUBBLE PEN | 2.49 | 27.39 |
| 3 | 60870728066 | CIGARETTE CASE MYSTICAL SE | 2.99 | 14.95 | 1.83 | 9.25 |
| 14 | 60870737142 | DOLLAR CLIP | 2.99 | 41.86 |
| 12 | 60870716094 | MAGNETIC BAND WATCH | 4.99 | 59.88 |
| 24 | 01068420003 | 357 SUPER MAGNUM PACKET 3 | 0.99 | 23.76 |
| 36 | 01835540004 | GINKGO BILOBA 3 CT PACKET | 0.99 | 35.64 |
| 36 | 01835520002 | ULTRA ENERGY NOW 3 CT PACK | 0.99 | 35.64 |
| 12 | 60870710355 | SUNGLASS – PUGS $14.99 PGL | 14.99 | 179.88 |
| 12 | 60870727258 | LTR COLORFUL DRINKS | 5.99 | 71.88 |
| 100 | 07033324 | LTR BIC MINI DISP | 1.09 | 109.00 |
| 100 | 07033060006 | LTR BIC REG DISP | 1.49 | 149.00 |
| 12 | 60870727229 | LIGHTER CHOPSTICK | 3.99 | 47.88 |

Retail Extended Total: $ 3254.28
Please pay this amount: $ 1784.82

Signature: _Jerry Coy_  Date: 1/24/08

JAN 3 RECD

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MVM002350

MVM002350A

INVOICE #76003434

| Qty | Code | Description | Price | Total | | |
|---|---|---|---|---|---|---|
| 1 | 60870710205 | PUGS PREMIUM #5 | 19.99 | 19.99 | | |
| 1 | 60870710206 | PUGS PREMIUM #6 | 19.99 | 19.99 | | |
| 1 | 60870710207 | PUGS PREMIUM #7 | 19.99 | 19.99 | | |
| 1 | 60870710208 | PUGS PREMIUM #8 | 19.99 | 19.99 | | |
| 4 | 60870710103 | PUGS 8.99 CLIP-ON | 8.99 | 35.96 | | |
| 9 | 60870710037 | PUGS VISOR CLIP | 4.99 | 44.91 | | |
| 6 | 60870710022 | PUGS MICROFIBER BAG | 2.99 | 17.94 | | |
| 6 | 60870710002 | PUGS ACTION SPORTS GOGGLES | 11.99 | 71.94 | | |
| 6 | 60870710034 | PUGS THIN LEASH | 2.99 | 17.94 | | |
| 6 | 60870710033 | PUGS THICK LEASH | 2.99 | 17.94 | | |
| 12 | 60870727258 | LTR COLORFUL DRINKS | 5.99 | 71.88 | | |
| 100 | 0703324 | LTR BIC MINI DISP | 1.09 | 109.00 | | |
| 100 | 07053060006 | LTR BIC REG DISP | 1.49 | 149.00 | | |
| 12 | 60870727229 | LIGHTER - CHOPSTICK | 3.99 | 47.88 | | |
| 12 | 60870710356 | SUNGLASS - PUGS $14.99 POL | 14.99 | 179.88 | | |
| 24 | 01068420003 | 357 SUPER MAGNUM PACKET 3 | 0.99 | 23.76 | | |
| 36 | 01835540004 | GINKGO BILOBA 3 CT PACKET | 0.99 | 35.64 | | |
| 36 | 01835510001 | GINSENG ENERGY NOW 3 CT PK | 0.99 | 35.64 | | |
| 36 | 01835520002 | ULTRA ENERGY NOW 3 CT PACK | 0.99 | 35.64 | | |
| 11 | 60870737143 | MAGNETIC RETRACTABLE LIGHT | 6.99 | 76.89 | | |
| 14 | 60870759126 | LIGHT BULB PEN | 2.99 | 41.86 | | |
| 10 | 60870728067 | ASHTRAY DECOR | 5.99 | 59.90 | | |
| 11 | 60870728069 | DOLPHIN SHOT GLASS | 2.99 | 32.89 | | |
| 10 | 60870728064 | CIGARETTE CASE MYSTICAL SE | 2.99 | 29.90 | 1.83 | 18.30 |
| 7 | 60870737994 | PLAYING CARDS IN LEATHER C | 9.99 | 69.93 | | |
| 7 | 60870719052 | COOL GUY PLUSH | 5.99 | 41.93 | | |
| 14 | 60870738834 | GLO IN THE DARK CRAZY SLIM | 2.99 | 41.86 | | |
| 14 | 60870759193 | HANDY PEN | 1.99 | 27.86 | | |
| 7 | 60870740245 | JEWELED SKULL BRACELET | 5.99 | 41.93 | | |
| 5 | 60870772361 | WILDLIFE W/COLOR CRYSTAL | 9.99 | 49.95 | | |
| 10 | 60870737139 | CALCULATOR W/BUSINESS CARD | 3.99 | 39.90 | | |
| 21 | 60870759404 | SPONGEBOB/DORA MAGNETIC PE | 2.99 | 62.79 | | |
| 14 | 60870737844 | WATER BOTTLE COOLER | 4.99 | 69.86 | | |
| 22 | 60870740242 | NAIL ART | 1.99 | 43.78 | | |
| 14 | 60870737095 | LED WHISTLE | 1.99 | 27.86 | | |
| 14 | 60870737758 | NOVELTY CAP W/EMBROIDERY X | 12.99 | 181.86 | | |
| 14 | 60870738998 | SPIN WHEEL RACER | 3.99 | 55.86 | | |
| 10 | 60870738996 | PUFFER BLOW UP BALL | 2.99 | 29.90 | | |
| 11 | 60870738997 | MAGIC SHOOT | 3.99 | 43.89 | | |

Retail Extended Total: $ 3238.39
Please pay this amount: $ 1767.96

Sign: Lisa K. Kayl        Date: 1/24/08

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MVM002348

MVM002348A

Exhibit 209
Wit: _____
Jennifer A. Russell

INVOICE #74003453

Mountain View Marketing Inc.
215 North 1800 West
Lindon, UT 84042
1-800-208-0070
(801)796-2080

Bill To:
CHEVRON HIRBOD
P O BOX 1245
SAN RAMON CA 94583-6245

Ship To:
CHEVRON #4031
9000 HOLMAN ROAD NW
SEATTLE WA 98117

| Acct Number | Order Date | Terms | Sales Rep |
|---|---|---|---|
| 1003747 | 2007-12-18 | Net Due in 15 Days | 0740 |

| Qty Ship | Product Code | Product Description | Retail Price | Extended Retail | Unit Price | Extended Unit |
|---|---|---|---|---|---|---|
| 6 | 60870731052 | STURGIS BANDANA ROAD MAP B | 5.95 | 35.70 | | |
| 6 | 60870728066 | CIGARETTE CASE MYSTICAL SE | 2.99 | 17.94 | 1.85 | 11.10 |
| 6 | 60870737850 | HANDY PACK | 7.99 | 47.94 | | |
| 12 | 60870759405 | MINI LIGHT UP PEN | 2.99 | 35.88 | | |
| 10 | 60870746020 | CHOPPER CHAP | 1.49 | 14.90 | | |
| 1 | 60870711202 | 12.99 #2 PUGS EYEGEAR | 12.99 | 12.99 | | |
| 6 | 60870727117 | LTR BUTANE REFILL ASST $7. | 7.99 | 47.94 | | |
| 6 | 60870727599 | LTR SNAP TORCH $5.99 ASST | 5.99 | 35.94 | | |

Retail Extended Total: $ 249.23
Please pay this amount: $ 152.75

Sign: _____  Date: _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MVM002346

MVM002346A